

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00143-CV

| | | |
|---|---|---|
| JAMES H. WATSON AND OTHERS SIMILARLY SITUATED, Appellant | § | On Appeal from the 153rd District Court |
| | § | of Tarrant County (153-278080-15) |
| V. | § | September 19, 2019 |
| CITY OF SOUTHLAKE, Appellee | § | Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

It is further ordered that James H. Watson shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By  /s/ Wade Birdwell
      Justice Wade Birdwell